**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6128**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDWARD LEE LEWIS,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:02-cr-00042-1)

Submitted: April 30, 2018                    Decided: May 3, 2018

Before WILKINSON and DUNCAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Lee Lewis, Appellant Pro Se. James Matthew Davis, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Lee Lewis appeals the district court's orders denying his motions to resentence and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis*, No. 2:02-cr-00042-1 (S.D.W. Va. Jan. 22, 2018). The motions for appointment of counsel and to place the case in abeyance are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*